## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROY C. COLEMAN )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. CIV-07-482-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Plaintiff filed this action seeking a review of the decision of the Commissioner of the Social Security Administration, denying his application for disability insurance and supplemental security income benefits. Pursuant to 28 U.S.C. § 636(b)(1)( B), this matter was referred to United States Magistrate Judge Doyle W. Argo for preliminary review. On March 24, 2008, Judge Argo issued a Report and Recommendation, wherein he recommended that the decision of the Commissioner be reversed and that the matter be remanded for additional proceedings. The record reflects that no objection has been filed within the time limits prescribed in the Report and Recommendation nor has either party sought additional time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED in its entirety and this matter is hereby REMANDED to the Commissioner for additional proceedings.

IT IS SO ORDERED this 15th day of April 2008.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE